.   Warwick Iron & Steel Company v. McKeag,
Appellant.

*Appeals—Paper-books—Defective paper-book.*

On an appeal from the court of common pleas where the appellant's paper-book shows that the proceedings in the court below were on a case stated, but the paper-book contains no docket entries, no judgment or opinion of the court below, and no assignments of error, the appeal will be quashed.

Argued Jan. 16, 1903.   Appeal, No. 266, Jan. T., 1902, by defendant, from judgment of C. P. No. 1, Phila. Co., March T., 1901, No. 912, on case stated in suit of Warwick Iron & Steel Company v. Wallace McKeag.   Before MITCHELL, DEAN, FELL, BROWN, MESTREZAT and POTTER, JJ.   Appeal quashed.

Case stated.
No assignment of error appeared in the paper-book.

*Harry E. Kohn*, for appellant.

*Louis L. Tafel*, for appellee.

OPINION BY MR. JUSTICE BROWN, May 4, 1903:

When this case was called for argument, we directed attention to the insufficiency of appellant's paper-book, and, on that account, were inclined to quash the appeal. We heard argument, however, thinking that, deficient as the paper-book was, we might be able to gather from it whatever would be needed to enable us to properly dispose of the appeal. This we have not been able to do. The judgment of the court below is not

given, nor can we gather from appellant's argument, except by inference, what it was. There is not a single reference to it in the argument. There is no assignment of error, and we do not know of what the appellant complains. No docket entries are printed, and, if a judgment was entered by the court below, we are ignorant of its date and cannot say that the appeal was taken in time to give us jurisdiction. If there was a judgment, the court may have filed an opinion to sustain its judgment, but, if so, we know nothing of it. No intelligent report could be made of the case from the paper-book.

Appeal quashed.